1  VENABLE LLP
   Daniel S. Silverman (SBN 137864)
2  dsilverman@venable.com
   Tamany Vinson-Bentz (SBN 258600)
3  tjbentz@venable.com
   Deborah A. Feinblum (SBN 251544)
4  dafeinblum@venable.com
   2049 Century Park East, Suite 2100
5  Los Angeles, CA 90067
   Telephone: (310) 229-9900
6  Facsimile: (310) 229-9901

7  Attorneys for Defendant
   HERBALIFE INTERNATIONAL
8  OF AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| THE TAWNSAURA GROUP, LLC, | CASE NO. SACV 13-02436 RGK (VBKx) |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| HERBALIFE INTERNATIONAL OF AMERICA, INC., | Complaint served: April 8, 2013 |
| Defendant. | Current response date: April 29, 2013 |
| | New response date: May 29, 2013 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

6673697-V1

1     WHEREAS the Complaint in the above-entitled action was filed on April 5, 2013, in the U.S. District Court for the Central District of California;

    WHEREAS, on April 8, 2013, the Complaint was served on Defendant;

    WHEREAS, Defendant's response to the Complaint is currently due on April 29, 2013; and

    IT IS HEREBY STIPULATED AND AGREED, PURSUANT TO LOCAL RULE 8-3, that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned matter is extended for 30 days, or until May 29, 2013.

Dated: April 18, 2013      VENABLE LLP

By: /s/ Daniel S. Silverman
    Daniel S. Silverman
    Tamany Vinson-Bentz
    Deborah A. Feinblum
Attorneys for Defendant
HERBALIFE INTERNATIONAL OF AMERICA, INC.

Dated: April 18, 2013      NEWPORT TRIAL GROUP

By: /s/ Scott Ferrell
    Scott Ferrell
Attorneys for Plaintiff
THE TAWNSAURA GROUP, LLC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900